IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN LEE WASHINGTON,

     Appellant,

                                     Case No.  5D22-1607
 v.                               LT Case No. 2005-036129-CFAES

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed September 20, 2022

3.800 Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

John Lee Washington, Wewahitchka, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED. See Young v. State, 697 So. 2d 75, 77–8 (Fla. 1997).


LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.